THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GRAHAM RICE, Appellant.

*Crimes — grand larceny, first degree — judgment reversed for erroneous admission of testimony raising collateral issue.*

Appeal from a judgment of the Court of General Sessions of the Peace, in and for the County of New York, rendered on the 22d day of January, 1920, convicting the defendant of the crime of grand larceny in the first degree.

DOWLING, J.: The judgment appealed from should be reversed and a new trial ordered, upon the ground that reversible error was committed in permitting the testimony to be received in evidence of the witnesses Whitman, Swann, Perkins, Vorhaus, Goldstein, Ecker and Kilroe, and that thereby a collateral issue was raised quite apart from that of the guilt of the defendant upon the indictment in question, the decision of which adversely to the defendant must have prejudiced the determination of the main issue and prevented a fair trial of the case. Clarke, P. J., and McAvoy, J., concur; Smith and Martin, JJ., dissent.

MARTIN, J. (dissenting): The guilt of the defendant having been conclusively established, I think the jury would have arrived at the same result if the errors committed on the trial had not been committed. I, therefore, vote to affirm. Smith, J., concurs. Judgment reversed and new trial ordered. Settle order on notice.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUDOLPH MICHELINI and Another, Defendants, Impleaded with FOUR BARRELS OF WINE, etc., Defendant, and MARIO TRIBUNO, Doing Business under the Firm Name and Style of CALIFORNIA GRAPE PRODUCTS COMPANY, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

HENRY W. McMASTER and Another, as Receivers of the WABASH PITTSBURGH TERMINAL RAILWAY COMPANY, Respondents, v. GEORGE J. GOULD and Others, Defendants. KINGDON GOULD and Another, as Executors, etc., of GEORGE J. GOULD, Deceased, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Rogers v. Gould (ante, p. 15), decided herewith. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LILLIAN BRITTON, Appellant, v. CHARLES JOSEPHSON, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Merrell and Martin, JJ., dissenting.

In the Matter of ABRAHAM OBERSTEIN, an Attorney.— Issues of fact have been raised by the respondent's answer to the petition herein, which require a reference. Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.

FEUER HOLDING CORPORATION, Appellant, v. WILLIAM C. FRASER, Respondent, Impleaded with " RICHARD " RODGERS and Others, Under-Tenants.— Determination reversed and final order of the Municipal Court affirmed, with costs to the appellant in this court and in the Appellate Term, on the authority of *Nystad & Krassner, Inc.,* v. *Zerbe (ante,* p. 217), decided herewith. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.